1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WESTLANDS WATER DISTRICT<br>            Plaintiff,<br><br>SACRAMENTO MUNICIPAL UTILITY<br>DISTRICT,<br>            Plaintiff-Intervenor, and<br><br>NORTHERN CALIF. POWER AGENCY,<br>            Plaintiff-Intervenor.<br><br>            v.<br><br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR, et al.,<br>            Defendants,<br><br>HOOPA VALLEY TRIBE,<br>            Defendant-Intervenor,<br><br>            and<br><br>YUROK TRIBE,<br>            Defendant-Intervenor. | CIV-F-00-7124-OWW/DLB<br><br>ORDER REVISING<br>BRIEFING SCHEDULE<br>REGARDING EAJA CLAIMS |

This matter is before the Court on the joint stipulation entered into by the plaintiffs, the plaintiff-intervenor Northern California Power Agency (NCPA), and the federal defendants. These parties jointly request that the Court revise the briefing schedule regarding the claims by plaintiffs and NCPA for attorneys' fees and costs under the Equal Access to Justice Act. Based on that joint stipulation, the record in this case, and good cause appearing, the Court approves the requested revision in the briefing schedule to provide the parties with additional time to pursue

ORDER REVISING BRIEFING SCHEDULE REGARDING EAJA CLAIMS [PROPOSED]

settlement discussions and to accommodate the schedule of counsel in this matter.  Accordingly,

IT IS HEREBY ORDERED that the Scheduling Conference Order After Remand from Court of Appeal, entered on January 20, 2005, is AMENDED as follows:

1. The opening brief and any supporting exhibits and evidence to show the basis for the recovery of attorneys' fees or related costs shall be filed by the plaintiffs and NCPA on or before August 26, 2005.
2. The government's opposition shall be filed on or before October 12, 2005.
3. Any reply by the plaintiffs and NCPA shall be filed by November 11, 2005.
4. The court shall set a hearing on the motions for attorney's fees and recoverable costs on the motion calendar at a date to be specified.

SO ORDERED this _30TH_ day of ____June_____, 2005.

/s/ OLIVER W. WANGER

_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Presented by:

CHARLES R. SHOCKEY, Attorney
     D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:	(916) 930-2203
Facsimile:	(916) 930-2210
Email:	charles.shockey@usdoj.gov
Attorney for Federal Defendants