UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLANDS WATER DISTRICT, et al., <br><br> Plaintiffs, <br><br> NORTHERN CALIFORNIA POWER AGENCY; SACRAMENTO MUNICIPAL UTILITY DISTRICT, <br><br> Plaintiff-Intervenors. <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants, <br><br> HOOPA VALLEY TRIBE and YUROK TRIBE, <br><br> Defendant-Intervenors, | CIV F-00-7124 OWW DLB <br><br> ORDER FURTHER REVISING BRIEFING SCHEDULE REGARDING NORTHERN CALIFORNIA POWER AGENCY'S EAJA CLAIMS <br><br><br> Judge: Hon. Oliver W. Wanger |

This matter is before the Court on the joint stipulation entered into by the plaintiff-intervenor Northern California Power Agency (NCPA) and the federal defendants. These parties jointly request that the Court revise the briefing schedule

PDF created with pdfFactory trial version www.pdffactory.com

regarding NCPA's claims for attorneys' fees and costs under the Equal Access to Justice Act. Based on that joint stipulation, the record in this case, and good cause appearing, the Court approves the requested revision in the briefing schedule to provide the parties with additional time to pursue settlement discussions and to accommodate the schedule of counsel in this matter. Accordingly,

IT IS HEREBY ORDERED that the Order Revising Briefing Schedule Regarding EAJA Claims, entered on June 30, 2005, is AMENDED as follows:

1. NCPA's opening brief and any supporting exhibits and evidence to show the basis for the recovery of attorneys' fees or related costs shall be filed on or before October 25, 2005.

2. The government's opposition to NCPA's motion shall be filed on or before December 12, 2005.

3. NCPA's reply brief shall be filed by January 10, 2006.

4. The court shall set a hearing on NCPA's motion for attorney's fees and recoverable costs on the motion calendar at a date to be specified.

SO ORDERED this  3rd  day of  October , 2005.

/s/ OLIVER W. WANGER

HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Presented by:
DENNIS W. DE CUIR (State Bar No. 47666)
2999 Douglas Boulevard, Suite 325
Roseville, CA 95661
Telephone (916) 788-1022
Facsimile (916) 788-1023
Email: dennis@ddecuir.com
Attorney for Northern California Power Agency

PDF created with pdfFactory trial version www.pdffactory.com