UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WESTLANDS WATER DISTRICT, et al., <br>     Plaintiffs, <br><br> SACRAMENTO MUNICIPAL UTILITY DISTRICT, <br>     Plaintiff-Intervenor, and <br><br> NORTHERN CALIF. POWER AGENCY, <br>     Plaintiff-Intervenor. <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br>     Defendants, <br><br> HOOPA VALLEY TRIBE, <br>     Defendant-Intervenor, <br><br> and <br><br> YUROK TRIBE, <br>     Defendant-Intervenor. | CIV-F-00-7124-OWW/DLB <br><br> ORDER REVISING BRIEFING SCHEDULE REGARDING EAJA CLAIMS |

This matter is before the Court on the joint stipulation entered into by the plaintiff San Luis & Delta-Mendota Water Authority and the federal defendants. These parties jointly request that the Court further revise the briefing schedule regarding the claims by the plaintiff for attorneys' fees and costs under the Equal Access to Justice Act. Based on that joint stipulation, the record in this case, and good cause appearing, the Court approves the requested revision in the briefing schedule to accommodate the schedule of defendants' counsel in this matter.

ORDER REVISING BRIEFING SCHEDULE REGARDING EAJA CLAIMS [PROPOSED]

Accordingly,

IT IS HEREBY ORDERED that the Scheduling Conference Order After Remand from Court of Appeal, entered on January 20, 2005, is further AMENDED as follows:

1. The government's opposition shall be filed on or before November 4, 2005.
2. Any reply by the plaintiff San Luis & Delta-Mendota Water Authority shall be filed on or before December 4, 2005.
3. The court shall set a hearing on the motions for attorney's fees and recoverable costs filed by the plaintiff San Luis & Delta-Mendota Water Authority on the motion calendar at a date to be specified.

SO ORDERED this _12th_ day of October, 2005.

The hearing on the motion shall be held on December 16, 2005 at 9:00 a.m.

/s/ OLIVER W. WANGER

_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Presented by:

CHARLES R. SHOCKEY, Attorney
  D.C. Bar # 914879
United States Department of Justice

Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:     (916) 930-2203
Facsimile:     (916) 930-2210
Email:          charles.shockey@usdoj.gov
Attorney for Federal Defendants