UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

_____

WESTLANDS WATER DISTRICT, *et al.*          )
          Plaintiffs,          )
                      )
SACRAMENTO MUNICIPAL UTILITY          )
DISTRICT,          )
        Plaintiff-Intervenor, and          )
                      )
NORTHERN CALIF. POWER AGENCY,          )
       Plaintiff-Intervenor.          )
                      )          CIV-F-00-7124-OWW/DLB
          v.          )
                      )          ORDER FURTHER REVISING
UNITED STATES DEPARTMENT          )          BRIEFING SCHEDULE
OF THE INTERIOR, *et al.*,          )          REGARDING EAJA CLAIMS
        Defendants,          )
                      )
HOOPA VALLEY TRIBE,          )
        Defendant-Intervenor,          )
                      )
        and          )
                      )
YUROK TRIBE,          )
        Defendant-Intervenor.          )
_____)

      This matter is before the Court on the joint stipulation entered into by the plaintiff-intervenor Northern California Power Agency (NCPA) and the federal defendants. These parties jointly request that the Court further revise the briefing schedule regarding the claims by NCPA for attorneys' fees and costs under the Equal Access to Justice Act. Based on that joint stipulation, the record in this case, and good cause appearing, the Court approves the requested further revision in the briefing schedule to provide the parties with additional time to pursue

settlement discussions and reach an agreement that would avoid the need for further briefing or litigation. Accordingly,

IT IS HEREBY ORDERED that the Scheduling Conference Order After Remand from Court of Appeal, entered on January 20, 2005, is FURTHER AMENDED as follows:

1. The NCPA's opening brief in support of their claim for attorneys' fees and costs, currently due on October 25, 2005, shall be continued and taken off-calendar for 60 days, until December 20, 2005, without prejudice to seeking another extension.

2. On or before December 20, 2005, the parties will file either a notice of dismissal for the NCPA fee claim if the parties have executed a final agreement or, in the alternative, a joint status report if final agreement has not been concluded by that date.

SO ORDERED this 25th day of __October_____, 2005.

/s/ OLIVER W. WANGER

_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Presented by:

CHARLES R. SHOCKEY, Attorney
     D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    (916) 930-2203
Facsimile:    (916) 930-2210
Email:    charles.shockey@usdoj.gov
Attorney for Federal Defendants