UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WESTLANDS WATER DISTRICT, *et al.* <br> Plaintiffs, <br><br> SACRAMENTO MUNICIPAL UTILITY DISTRICT, <br> Plaintiff-Intervenor, and <br><br> NORTHERN CALIF. POWER AGENCY, <br> Plaintiff-Intervenor. <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br> Defendants, <br><br> HOOPA VALLEY TRIBE, <br> Defendant-Intervenor, <br><br> and <br><br> YUROK TRIBE, <br> Defendant-Intervenor. | CIV-F-00-7124-OWW/DLB <br><br> ORDER CONTINUING DATE FOR RESOLUTION OF ATTORNEYS' FEES AND COSTS |

This matter is before the Court on the joint stipulation entered into by the plaintiff-intervenor Northern California Power Agency (NCPA) and the federal defendants. These parties jointly request that the Court extend the date for resolving the claims by NCPA for attorneys' fees and costs in this litigation. Based on that joint stipulation, the record in this case, and good cause appearing, the Court approves the requested extension to provide the parties with

ORDER CONTINUING DATE FOR RESOLUTION OF ATTORNEYS' FEES AND COSTS
[PROPOSED

additional time to secure approval of the NCPA claim in a manner that would avoid the need for further briefing or litigation. Accordingly,

IT IS HEREBY ORDERED that the Scheduling Conference Order After Remand from Court of Appeal, entered on January 20, 2005, is FURTHER AMENDED as follows:

On or before January 19, 2006, the parties will file either a notice of dismissal for the NCPA fee claim if the parties have executed a final agreement or, in the alternative, a joint status report if final agreement has not been concluded by that date.

SO ORDERED this 16th day of December, 2005.

      /s/OliverW. Wanger
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Presented by:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:   charles.shockey@usdoj.gov
Attorney for Federal Defendants