UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESTLANDS WATER DISTRICT, et al., | ) ) | 1:00-cv-7124 OWW DLB |
| Plaintiffs, | ) ) | STATUS ORDER |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | ) ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| NORTHERN CALIF. POWER AGENCY, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) ) ) | |
| Defendants, | ) ) | |
| HOOPA VALLEY TRIBE, | ) ) | |
| Defendant-Intervenor, | ) ) | |
| YUROK TRIBE, | ) ) | |
| Defendant-Intervenor. | ) ) ) | |

The Status Conference is held March 20, 2006.

The appearances of counsel are Kronick, Moskovitz, Tiedemann & Girard by Daniel J. O'Hanlon, Esq., for Plaintiffs, Westlands

1

Water District and San Luis & Delta-Mendota Water Authority.

Dennis W. DeCuir, Esq., appeared on behalf of the Intervenor, Northern California Power Agency.

Charles R. Shockey, Esq., appeared on behalf of the Federal Defendants.

The parties reported that a settlement has been reached and is being submitted to the Department of Justice for final written approval. Thereafter, an amended judgment shall be submitted to the Court for entry to resolve the issue of attorneys' fees and costs.

SO ORDERED.

IT IS SO ORDERED.

Dated: March 20, 2006 /s/ Oliver W. Wanger
emm0d6 UNITED STATES DISTRICT JUDGE